FEB 2 2026 am9:06
FILED - USDC - FLMD - ORL

**DRAFT FEDERAL COMPLAINT**

U.S. District Court – Middle District of Florida (Orlando Division)

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**ORLANDO DIVISION**

CHRISTOFER COTTO FERNANDEZ, SR.,

Plaintiff,

v.

BOSTON WHALER, INC.,

Defendant.

Case No.: ___ 6:26-CV-00267 - AGM- NWH

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Christofer Cotto Fernandez, Sr., proceeding pro se, sues Defendant Boston Whaler, Inc., and alleges as follows:

## I. JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f)(3).

3. Venue is proper in the Middle District of Florida, Orlando Division, because the unlawful employment practices occurred in Edgewater, Florida (Volusia County), within this District.

4. Plaintiff timely exhausted administrative remedies by filing a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC"), Charge No. 510-2024-09649.

5. The EEOC issued Plaintiff a Notice of Right to Sue dated December 15, 2025, and this action is filed within ninety (90) days of Plaintiff's receipt of that notice.

## II. PARTIES

6. Plaintiff Christofer Cotto Fernandez, Sr. is an individual who was employed by Defendant in Edgewater, Florida.

7. Defendant Boston Whaler, Inc. is a corporation doing business in Florida, including at 100 Whaler Way, Edgewater, Florida, and was Plaintiff's employer within the meaning of Title VII.

## III. FACTUAL ALLEGATIONS

8. Plaintiff is a member of a protected class based on race and skin color.

9. Plaintiff was employed by Defendant for several years and consistently sought advancement and promotion within the company.

10. Despite meeting requirements for promotion, Plaintiff was repeatedly passed over for promotion in favor of other employees who were not members of Plaintiff's protected class, including employees of white race and lighter skin complexion who did not meet the same requirements.

11. Plaintiff raised concerns regarding unfair treatment, discrimination, lack of communication, and promotion practices to Defendant's Human Resources department, including Melissa Alonso and other supervisory personnel.

12. On or about January 24, 2024, Plaintiff was physically assaulted at work by another employee whom Plaintiff did not know.

13. Defendant located video footage of the assault, yet failed to impose discipline or corrective action against the assailant or supervising personnel.

14. The assailant and a supervising employee involved were Caucasian, and Plaintiff was led to believe the incident would be addressed; however, no meaningful investigation or resolution occurred.

15. Plaintiff was pressured by Human Resources to sign a closure document regarding the assault, with promises of resolution that were never fulfilled.

16. The assailant continued to work on the premises, made facial expressions toward Plaintiff, and caused Plaintiff to feel unsafe and uncomfortable, which Plaintiff reported to Human Resources.

17. Defendant failed to take necessary steps to ensure a safe and non-hostile work environment.

18. Plaintiff was assigned work duties that did not align with representations made to him, was given unrealistic deadlines, and was subjected to pressure and treatment that differed from similarly situated employees outside his protected class.

19. As a result of Defendant's conduct, Plaintiff suffered physical injury, emotional distress, anxiety, depression, and was required to seek therapy.

20. Plaintiff repeatedly objected to inaccurate and incomplete written summaries prepared by Defendant and declined to sign documents that omitted key facts regarding discrimination and the physical confrontation.

21. Defendant's actions and omissions created a hostile work environment and constituted intentional discrimination based on Plaintiff's race and color.

**IV. CLAIMS FOR RELIEF**

**COUNT I**

Race and Color Discrimination (Title VII)

22. Plaintiff incorporates the preceding paragraphs.

23. Defendant discriminated against Plaintiff on the basis of race and color by denying promotions, subjecting him to disparate treatment, failing to discipline employees involved in misconduct, and maintaining a hostile work environment.

24. Defendant's conduct violates Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

**COUNT II**

Hostile Work Environment (Title VII)

25. Plaintiff incorporates the preceding paragraphs.

26. Defendant subjected Plaintiff to unwelcome conduct based on race and color that was severe and pervasive enough to alter the terms and conditions of employment.

27. Defendant knew or should have known of the harassment and failed to take prompt remedial action.

**COUNT III**

Retaliation (Title VII)

28. Plaintiff incorporates the preceding paragraphs.

29. Plaintiff engaged in protected activity by reporting discrimination and workplace violence.

30. Defendant retaliated against Plaintiff by subjecting him to adverse employment actions, increased scrutiny, and continued hostile conditions.

**V. DAMAGES**

31. As a direct result of Defendant's unlawful conduct, Plaintiff suffered:

- Emotional distress and mental anguish

- Physical injury

- Lost promotional opportunities and wages

- Medical and therapy expenses

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

A. Declare Defendant's conduct unlawful

B. Award compensatory damages

C. Award punitive damages

D. Award back pay and front pay

E. Award costs and reasonable fees as allowed by law

F. Grant all other relief deemed just and proper

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Christofer Cotto Fernandez, Sr.

Plaintiff, Pro Se

[Your ~~mailing~~ home address]   1321 College Ave, Cocoa FL, 32922

[Your phone number]   321-215-8726

[Your email]   christofer_cotto@yahoo.com.

# DRAFT FEDERAL COMPLAINT

U.S. District Court – Middle District of Florida (Orlando Division)

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

Christofer Cotto Fernandez, Sr.,

Plaintiff,

v.

Boston Whaler, Inc.,

Defendant.

Please send mail to:
2378 Trail Ridge Court SE
Palm Bay, FL 32909